UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Stephen  E. Chatman a/k/a Stephen
Edward Chatman

*Debtor(s),*

Chapter 13

Case No.  15-37278

Judge Deborah L. Thorne

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Now comes Pacific Union Financial, LLC, by and through its attorneys, Pierce &

Associates, P.C., and request that Confirmation be denied, stating as follows:

1.  On October 31, 2015, the debtor filed the instant bankruptcy petition under Chapter 13
    of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2.  Pacific Union Financial, LLC services the mortgage lien on the real property
    commonly known as 7835 S. Essex Ave., Chicago, IL 60649.

3.  Paragraph E of the debtor's Chapter 13 Plan provides that the Chapter 13 Trustee shall
    pay Pacific Union Financial, LLC $0.00 over the life of the Chapter 13 Plan.

4.  However, the actual filed and allowed pre-petition mortgage arrears of Pacific Union
    Financial, LLC total $425.02, which is greater than the amount provided for in
    Paragraph E of the debtor's Chapter 13 Plan.

5.  Plan paragraph B (2) (b) and (c) of the debtor's Chapter 13 Plan impermissibly
    modifies the independent valid contractual rights of the mortgage holder pertaining to
    when and how costs of collection for Post-petition obligations may be assessed,
    allowed, and/or reimbursed by the debtor under the plan. See, 11 U.S.C. Sec. 1322(b).

6. The debtor's Chapter 13 Plan, by not properly paying the allowed, secured Proof of Claim filed by Pacific Union Financial, LLC, impermissibly modifies the rights of Pacific Union Financial, LLC, which is secured only by a mortgage lien on the real estate which is the debtor's principal residence. 11 U.S.C. Sec. 1322(b) (2).

7. The debtor's Chapter 13 Plan, by not properly paying the allowed, secured, Proof of Claim filed by Pacific Union Financial, LLC, does not "provide for the curing" of the pre-petition mortgage arrears of Pacific Union Financial, LLC. 11 U.S.C. Sec. 1322(b) (5).

8. A Proof of Claim "is deemed allowed , unless a party in interest objects" to it. 11 U.S.C. Sec. 502.

9. No party in interest has filed an Objection to the Proof of Claim filed by Pacific Union Financial, LLC.

10. Pacific Union Financial, LLC has incurred reasonable fees as a result as a result of the objection.

WHEREFORE, Pacific Union Financial, LLC respectfully prays that Confirmation of the debtor's Chapter 13 Plan be denied, and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,

Pacific Union Financial, LLC

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892
Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088