# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 15-37278 |
| | Chapter: 13 |
| Stephen E. Chatman; | Plan filed on 10/31/15 |
| | Confirmation Hearing: 02/08/16 |
| Debtor(s) | |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 10/31/15

**NOW COMES** WILMINGTON SAVINGS FUND SOCIETY, FSB, INCLUDING ITS DIVISION CHRISTIANA TRUST and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 10/31/15 and in support thereof states as follows:

1. On 10/31/15, Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code;

2. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

3. Movant intends to file a claim based on a note and mortgage as modified by a loan modification agreement secured by an interest in the real property commonly known as 8756 S. Kimbark Avenue, Chicago, Illinois ("Subject Property")

4. The note and mortgage matured on 01/31/13, and the loan modification agreement extended the maturity date to 01/31/14, so the full balance is due;

5. Movant's secured claim is estimated to be $33,498.59;

6. Debtor's Schedules indicate that the value of the Subject Property is $50,000.00;

7. Section E(3.1)(b) of the Plan provides to pay Movant's secured claim at an interest rate of 3.25%;

8. The contractual interest rate pursuant to the note is 15.00%;

9. Pursuant to 11 U.S.C. §506(b), Movant is entitled to be paid at the contractual rate of interest because it is over-secured;

10. The plan fails to provide that the Debtor will pay real estate taxes and hazard insurance on or before their due dates;

11. The plan fails to provide for payment of the unpaid second installment of 2014 real estate taxes;

12. Sufficient grounds exist for denial of confirmation because Debtor's plan
   a. Fails to pay Movant's estimated secured claim at the contractual rate of interest;
   b. fails to provide that Debtor shall pay real estate taxes and hazard insurance premiums with respect to the Subject Property on or before their due dates;
   c. Fails to provide for payment of the unpaid second installment of 2014 taxes;

13. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding, including:

   $500.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed;

**WHEREFORE,** WILMINGTON SAVINGS FUND SOCIETY, FSB, INCLUDING ITS DIVISION CHRISTIANA TRUST prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this 2/4/2016.

                Respectfully Submitted,
                Codilis & Associates, P.C.

                By:  /s/ Peter C. Bastianen

                Berton J. Maley ARDC#6209399
                Rachael A. Stokas ARDC#6276349
                Gloria C. Tsotsos ARDC#6274279
                Jose G. Moreno ARDC#6229900
                Peter C. Bastianen ARDC#6244346
                Joel P. Fonferko ARDC#6276490
                **Codilis & Associates, P.C.**
                15W030 North Frontage Road, Suite 100
                Burr Ridge, IL 60527
                (630) 794-5300
                **C&A FILE (14-15-19051)**

NOTE: This law firm is a debt collector.